ELIZABETH B. R. McARTHUR, Respondent, *v.* ORDER OF UNITED COMMERCIAL TRAVELERS OF AMERICA, Appellant.

*McArthur v. Order of United Commercial Travelers of America,* 155 App. Div. 940, affirmed.

(Argued April 19, 1915; decided May 4, 1915.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered March 5, 1913, reversing a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term in an action upon a policy or certificate of accident insurance. The questions at issue were: 1. Whether the notice of claim was sufficient as a matter of law. 2. Whether there was a sufficiency of proof to require submission to the jury of the question as to whether there had been a waiver of further notice or proofs of loss. 3. Whether the proofs were sufficient to require the submission to the jury of the question of whether or not the insured came to his death solely by reason of bodily injuries effected through accidental means.

*William H. Harding* and *Lowry F. Sater* for appellant.

*M. E. Driscoll* for respondent.

Order affirmed and judgment absolute ordered against appellant on the stipulation, with costs in all courts; no opinion.

Concur: WERNER, HISCOCK, CHASE, COLLIN, MILLER, CARDOZO and SEABURY, JJ.